IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHERIKA STACY, on behalf of herself and
all similarly-situated individuals,

    Plaintiff,

v.

                        **Case No. 0:16-cv-61032-WJZ**

DOLLAR TREE STORES, INC.

    Defendant.

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE
IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO STAY PROCEEDINGS**

Defendant Dollar Tree Stores, Inc. ("Dollar Tree") hereby replies to Plaintiff's Response in Support of Defendant's Consent Motion to Stay Proceedings (Dkt. 52) as follows.

Dollar Tree replies to address Plaintiff's inaccurate assertion regarding the status of settlement discussions (See Response, page 2).  Plaintiff's attempt to report Dollar Tree's settlement position to the Court borders on a breach of the rules of procedure and the tenets of professional ethics.  Settlement discussions are confidential.  Accordingly, Dollar Tree will not reveal them, except to note that Plaintiff's commentary regarding Dollar Tree's settlement position is wholly inaccurate.

Dated this 19th day of May, 2017.

                                              Respectfully submitted,

                                              By: /s/ Barry Davidson
                                              Barry Davidson (Florida Bar No. 107678)
                                              **HUNTON & WILLIAMS LLP**
                                              1111 Brickell Avenue, Suite 2500
                                              Miami, FL  33131
                                              Telephone:  (305) 810-2500
                                              Facsimile:  (305) 810-2460
                                              Email:  bdavidson@hunton.com

Lewis F. Powell III (*pro hac vice*)
**HUNTON & WILLIAMS LLP**
951 East Byrd Street
Richmond, VA  23219
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
Email:  lpowell@hunton.com

Robert T. Quackenboss (*pro hac vice*)
Cullan E.D. Jones (Florida Bar No. 098615)
**HUNTON & WILLIAMS LLP**
2200 Pennsylvania Avenue, NW
Washington, DC  20037
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201
Email:  rquackenboss@hunton.com

*Counsel for Defendant Dollar Tree Stores, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which provides service to the following:

**Wenzel Fenton Cabassa, P.A.**
Luis A. Cabassa
Brandon J. Hill
1110 North Florida Ave., Ste. 300
Tampa, FL 33602
Telephone: (813) 224-0431
Facsimile: (813) 229-8712
E-mail: lcabassa@wfclaw.com
Email: bhill@wfclaw.com
Email: mkimbrou@wfclaw.com
Email: jriley@wfclaw.com

**Morgan & Morgan P.A.**
Marc R. Edelman
201 N. Franklin Street
Suite 700
Tampa, FL 33602
Telephone: (813) 577-4722
Facsimile: (813) 257-0572
Email: medelman@forthepeople.com

**Consumer Litigation Associates, P.C.**
Leonard A. Bennett (*pro hac vice*)
Craig Marchiando (*pro hac vice*)
763 J. Clyde Morris Boulevard, Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

  /s/ Barry Davidson