July 20, 2017

**VIA EMAIL AND OVERNIGHT MAIL**

Honorable William J. Zloch
United States District Judge
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Room 202B
Fort Lauderdale, Florida 33301

Re:   *Sherika Stacy v. Dollar Tree Stores, Inc.*, Case No. 0:16-cv-61032-WJZ

Dear Judge Zloch:

The undersigned counsel represent Plaintiff Sherika Stacy and Defendant Dollar Tree Stores, Inc. in the above-referenced action. We respectfully submit this letter on behalf of both parties to request clarification on the Court's July 6, 2017 electronic notification (attached) setting a pre-trial conference for July 28, 2017 at 9:30 a.m.

The parties request clarification for three reasons. First, the electronic notification has no docket entry number and is not listed on PACER. Additionally, the electronic notification states that it was "filed on 4/27/17" despite being received by the parties electronically on July 6, 2017. Finally, and most importantly, the electronic notification was entered after the Court's May 23, 2017 Order (Dkt. 54) which stayed the proceedings pending the resolution of Defendant's Motion to Sever and Remand Counts II and III, and stated that the pre-trial conference would be reset by separate order. Because the matter has been stayed since May 23, the parties have not completed a number of tasks normally concluded before the pre-trial conference, such as completing discovery, moving for class certification, or filing dispositive motions.

We are, frankly, unsure how to proceed given the un-lifted stay and tasks that must be completed as the pre-trial conference approaches. We therefore request the Court's guidance as to whether the pre-trial conference will proceed as scheduled or will be postponed until after the stay is lifted or the case remanded to state court. We are standing by for the Court's instructions, and can certainly be available to convene a conference call should the Court deem it appropriate. Should the Court still desire the in-person meeting on July 28, we will attend.

Respectfully submitted,

By: /s/Brandon J. Hill                     By: /s/ Robert T. Quackenboss
Luis A. Cabassa                            Barry Davidson (Florida Bar No. 107678)
Brandon J. Hill                            HUNTON & WILLIAMS LLP
WENZEL FENTON CABASSA, P.A.                1111 Brickell Avenue, Suite 2500
111 0 North Florida Ave., Ste. 300         Miami, FL 33131

Tampa, FL 33602
Telephone: (813) 224-0431
Facsimile: (813) 229-8712
E-mail: lcabassa@wfclaw.com
Email: bhill@wfclaw.com
Email: mkimbrou@wfclaw.com
Email: jriley@wfclaw.com
&
Marc R. Edelman
MORGAN & MORGAN P.A.
201 N. Franklin Street
Suite 700
Tampa, FL 33602
Telephone: (813) 577-4722
Facsimile: (813) 257-0572
Email: medelman@forthepeople.com
&
Leonard A. Bennett (pro hac vice)
Craig Marchiando (pro hac vice)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

*Counsel for Plaintiff Sherika Stacy*

Telephone: (305) 810-2500
Facsimile: (305) 810-2460
Email: bdavidson@hunton.com
Email: ddreier@hunton.com
&
Lewis F. Powell III (pro hac vice)
HUNTON & WILLIAMS LLP
951 East Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Email: lpowell@hunton.com
&
Robert T. Quackenboss (pro hac vice)
Cullan E. Jones (Florida Bar No. 098615)
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
Email: rquackenboss@hunton.com
Email: cjones@hunton.com

*Counsel for Defendant Dollar Tree Stores, Inc.*