UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61032-CIV-ZLOCH

SHERIKA STACY, on behalf of
herself and all similarly-
situated individuals,

       Plaintiff,

vs.                                    **O R D E R**

DOLLAR TREE STORES, INC.,

       Defendant.
_____/

    THIS MATTER is before the Court upon the Letter (DE 62), filed
herein by all Parties, which the Court construes as a Motion For
Clarification.  The Court has carefully reviewed said Motion, the
entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Parties' Letter (DE 62), which
the Court construes as a Motion For Clarification be and the same
is hereby **GRANTED.**  The Pre-Trial Conference in the above-styled
cause was cancelled pursuant to the Court's prior Order (DE 54) and
will be re-set by separate Order.  In addition, pursuant to that
Order (DE 54), all deadlines in the Court's Order Re-Setting
Pretrial Conference (DE 49) are stayed until the Court resolves
Defendant Dollar Tree Store, Inc.'s Motion To Sever And Remand
Counts II And III Of The First Amended Complaint (DE 50).  Once the
Court does so, it will issue an Order re-setting the pre-trial
conference and the pertinent pre-trial deadlines.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward
County, Florida, this _____21st_____ day of July, 2017.

WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel of Record